IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CV-91-FL

| | | |
|---|---|---|
| JOYCE LONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CREDIT PROTECTION ASSOCIATION LP; CREDIT MANAGEMENT LP; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION, LLC; | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiff's motions for order of dismissal of defendant Receivables Performance Management, LLC (DE 33), and defendant Equifax Information Solutions, LLC (DE 34). Where it appears that all matters in dispute as to said parties are now resolved, these defendants are DISMISSED from this action. Additionally, the court, of its own initiative hereby constructively AMENDS the case caption to reflect dismissal of these defendants, and the dismissal of defendant Time Warner Cable, Inc., effected by order entered June 19, 2013.

Defendant Trans Union, LLC's motion to dismiss (DE 15) and plaintiff's motion to compel arbitration and to stay (DE 29) remain pending. Said motions will be addressed by separate order to follow.

SO ORDERED this the 18th day of July, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge