# Joe Williford

**From:** Rooker, Scott <Scott.Rooker@strasburger.com>
**Sent:** Monday, July 22, 2013 3:27 PM
**To:** Joyce Loney
**Cc:** Joe Williford
**Subject:** RE: Loney v. Trans Union et al. Stipulated Dismissals with Orders
**Attachments:** SP-#5037196-v1-Loney_CFS_Stipulation_of_Dismissal_with_Prejudice.pdf; SP-#5037205-v1-Loney_Joyce_-_TW_Stipulation_of_Dismissal_with_Prejudice....pdf; SP-#4911511-v3-Loney_Joyce_(3)_-_Proposed_Order_Dismissal_with_Prejudic....pdf; SP-#5037209-v1-Loney_Joyce_-_GE_Stipulation_of_Dismissal_with_Prejudice....pdf; SP-#4911513-v3-Loney_Joyce_(4)_-_Proposed_Order_of_Dismissal_with_Preju....pdf

Thank you Ms. Loney. We will proceed to file the Stipulated Dismissals with Orders attached.

Sincerely,

G. Scott Rooker • Strasburger & Price, LLP
469.287.3920 • Fax 469.227.6551

**From:** Joyce Loney [mailto:jloney2012@gmail.com]
**Sent:** Monday, July 22, 2013 2:21 PM
**To:** Rooker, Scott
**Subject:** Re: Loney v. Trans Union et al. Stipulated Dismissals with Orders

Please let this serve as my authorization for you to file electronically to dismiss the three cases of my behalf, please forward me copies.

Joyce Loney

On Mon, Jul 22, 2013 at 2:21 PM, Rooker, Scott <Scott.Rooker@strasburger.com> wrote:

Ms. Loney,

It is our understanding that you have received the check. Please confirm that we may electronically sign on your behalf so we may finalize the federal court cases.

Sincerely,

G. Scott Rooker • Strasburger & Price, LLP

469.287.3920 • Fax 469.227.6551

1
Case 7:13-cv-00091-FL   Document 36-1   Filed 07/24/13   Page 1 of 1

EXHIBIT A