IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CV-91-FL

| | | |
|---|---|---|
| JOYCE LONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIME WARNER CABLE, INC.; CREDIT PROTECTION ASSOCIATION LP; CREDIT MANAGEMENT LP; RECEIVABLES PERFORMANCE MANAGEMENT, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

In joint report filed August 28, 2013, the court has been advised that the plaintiff and sole remaining defendant, Credit Protection Association LP, have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. **The parties are directed to file their Stipulation of Dismissal With Prejudice on or before Monday, October 14, 2013.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 28th day of August, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge